**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **STEPHEN ALTERBAUM** | * | **CIVIL ACTION NO.: 2:25-cv-02480** |
| | * | |
| **VERSUS** | * | **SECTION:  A (3)** |
| | * | |
| **TRADEWINDS TOWING, LLC** | * | **JUDGE:  JAY C. ZAINEY** |
| | * | |
| | * | **MAGISTRATE:  EVA J. DOSSIER** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**AMENDED COMPLAINT FOR DAMAGES**

Stephen Alterbaum, through undersigned counsel, amends his Complaint for Damages and avers as follows:

1.

Plaintiff, Stephen Alterbaum (hereinafter "Plaintiff"), is a person of majority age and a citizen of the United States of America.

2.

Made Defendant herein is:

    (a).    Tradewinds Towing, LLC, a limited liability company registered and authorized to do and doing business in this state and judicial district at all material times.  Tradewinds Towing, LLC ("Tradewinds") has a registered agent for service of process in New Orleans, Louisiana.

3.

Plaintiff re-avers and re-alleges each and every allegation of fact and law contained in paragraphs 2 through 11 of his Complaint for Damages as if specifically re-pled herein in their entirety.

4.

Plaintiff hereby brings this matter before this Honorable Court as an admiralty or maritime claim pursuant to Fed. R. Civ. Proc. Rule 9(h).

**WHEREFORE**, Plaintiff, Stephen Alterbaum, prays for judgment in his favor and against Defendant, Tradewinds Towing, LLC, for compensatory and/or punitive damages, attorney fees, and costs in amounts reasonable under the circumstances of this cause and for all maintenance and cure benefits due and owing until Plaintiff reaches maximum medical improvement as determined by his treating physicians of his own choosing, for all taxable costs and interests, including pre-judgment interest, as allowed by law, and for any additional general and equitable relief which the circumstances of this cause may require.

Respectfully submitted,

/s/ *Ian F. Taylor*
PAUL M. STERBCOW (#17817)
IAN F. TAYLOR (#33408) (T.A.)
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
itaylor@lksalaw.com

AND

/s/ *Michael H. Bagot, Jr.*
MICHAEL H. BAGOT, JR. (#2665)
WAGNER, BAGOT & RAYER, L.L.P.
Pan American Life Center – Suite 1660
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 525-2141
Facsimile: (504) 523-1587
E-mail:  mbagot@wb-lalaw.com

**PLEASE SERVE:**

**TRADEWINDS TOWING, LLC**
*Through its registered agent:*
Dominque Smith
8603 Oak St.
New Orleans, LA 70118